UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VICENTE VASQUEZ VALVERDE,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                    Respondents. | Case No.: 26-cv-391-RSH-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

      On January 22, 2026, petitioner Jeremy Vicente Vasquez Valverde filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he entered the United States without inspection; was thereafter apprehended and released pending removal proceedings; was subsequently rearrested; and has been held in immigration custody without a bond hearing. *Id.* ¶¶ 1, 2. Petitioner argues, among other things, that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 4-5. The Court thereafter issued a briefing schedule. ECF No. 2.

      Respondents did not file a return contesting Petitioner's statement of facts or his claims for relief. However, in numerous recent cases they have acknowledged in their

returns that the petitioners in those cases—who are apparently similarly situated to Petitioner here—are entitled to an order directing that a bond hearing be held pursuant to 8 U.S.C. § 1226(a). *See, e.g.*, *Xia v. LaRose*, No. 26-cv-424-RSH-VET, Dkt. No. 4 (return filed Feb. 5, 2026); *Martinez Cortes v. Noem*, No. 26-cv-404-RSH-MSB, Dkt. No. 4 (return filed Feb. 5, 2026); *Alvarez Pardo v. LaRose*, No. 26-cv-380-RSH-DEB, Dkt. No. 4 (return filed Feb. 3, 2026).

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Jeremy Vicente Vasquez Valverde before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order. The Court **VACATES** the hearing date set for February 12, 2026.

**IT IS SO ORDERED**.

Dated: February 6, 2026

*[signature: Robert S. Huie]*
Hon. Robert S. Huie
United States District Judge